UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21154-CIV-LENARD/O'SULLIVAN

**ARKESHINA ELLINGTON,
DIMENTY SYLVAIN, GERALD
FREEMAN and CHRISTIAN LOUIS**

    Plaintiffs,

vs.

**H&R BLOCK EASTERN
ENTERPRISES, INC., d/b/a H&R
BLOCK**,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 31); DISMISSING WITHOUT PREJUDICE THE CLAIMS OF PLAINTIFFS ARKESHINA ELLINGTON AND DIMENTY SYLVAIN; DISMISSING WITH PREJUDICE THE CLAIMS OF GERALD FREEMAN AND CHRISTIAN LOUIS AND CLOSING THIS CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge John J. O'Sullivan ("Report," D.E. 31), issued on July 29, 2011. In his Report, Magistrate Judge O'Sullivan recommends, *inter alia*, that Plaintiff Gerald Freeman's claims be dismissed with prejudice. Freedman appeared at the July 29, 2011 show cause hearing and indicated to the Magistrate Judge that he wished to have his case dismissed with prejudice.

On July 22, 2011, Plaintiff Christian Louis filed a Stipulation of Dismissal (D.E. 30) indicating that, pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims against Defendant were dismissed with prejudice.

On July 19, 2011, this Court issued an Order to Show Cause (D.E. 24), directing Plaintiffs Arkeshina Ellington and Dimenty Sylvain to obtain new counsel or file affidavits stating their intention to proceed pro se, on or before August 2, 2011.  The Order to Show Cause followed the Court's June 17, 2011 Order Granting Motions to Withdraw as Attorney (D.E. 17) wherein the Court initially provided Ellington and Sylvain thirty days to obtain new counsel.  To date, neither Ellington nor Sylvain have responded to the Court's Orders.

Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 31), issued on July 29, 2011, is **ADOPTED.**

2. Plaintiff Christian Louis' claims are **DISMISSED** with prejudice pursuant to his Stipulation of Dimissal (D.E. 30).

3. Plaintiff Gerald Freeman's claims are **DISMISSED** with prejudice consistent with his representation to the Magistrate Judge.

4. Plaintiffs Arkeshina Ellington and Dimenty Sylvain's claims are **DISMISSED** without prejudice for failure to comply with this Court's June 17, 2011 Order.

5. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of August, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**